UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-208-JLR |
| Plaintiff, ) | CR10-363-JCC |
| ) | |
| v. ) | |
| ) | |
| JEVON LAWSON, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:  **CR10-208:** Conspiracy to Commit Bank Robbery; Armed Bank Robbery; Use of a Firearm in Relation to a Crime of Violence

**CR10-363:** Conspiracy to Distribute Cocaine Base in the Form of Crack and Oxycodone; Distribution of Cocaine Base in the Form of Crack Cocaine (2 counts); Distribution of Oxycodone; Criminal Forfeiture

Date of Detention Hearing:  December 22, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER                                                                                                              PAGE 1

the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e). Defendant is also charged with armed bank robbery in another case pending before this Court.

2. Defendant's criminal record includes numerous failures to appear and violations of court orders. He is associated with 25 alias names, 7 dates of birth, and 8 Social Security numbers. The AUSA proffers information that defendant is affiliated with the West Covina Neighborhood Crips. His residential situation is uncertain, he has no verifiable source of income, and he is a user of controlled substances.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of December, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge